UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>ACORN STAIRLIFTS, INC.,<br><br>Defendant. | Case No. 3:19-cv-02300<br><br>Honorable Judge Brantley Starr |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Steve Davis and Defendant Acorn Stairlifts, Inc. through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated: September 16, 2020                                    Respectfully Submitted,

**STEVE DAVIS**                                                       **ACORN STAIRLIFTS, INC.**

*/s/ Marwan R. Daher*                                           */s/ Christopher J. Hanlon (with consent)*
Marwan R. Daher                                                   Christopher J. Hanlon
*Counsel for Plaintiff*                                              *Counsel for Defendant*
Sulaiman Law Group, LTD                                      Cozen O'Connor
2500 S. Highland Ave., Ste. 200                              1717 Main Street, Suite 3100
Lombard, Illinois 60148                                          Dallas, Texas 75201
Phone: (630) 575-8181                                           Phone: (214) 462-3000
mdaher@sulaimanlaw.com                                     chanlon@cozen.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                              */s/ Marwan R. Daher*
                                              Marwan R. Daher