UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVE DAVIS, | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 3:19-CV-02300-X |
| ACORN STAIRLIFTS, INC., | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Having received the parties Agreed Stipulation of Dismissal with Prejudice [25], the Court hereby **DISMISSES** all claims by all parties **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41. Each party will bear their own costs and attorney's fees.

**IT IS SO ORDERED** this 17th day of September 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1